# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior Judge Marcia S. Krieger

Civil Action No. 20-cv-00658-MSK

**GLENWOOD SPRINGS CITIZENS' ALLIANCE,**

    Plaintiff,

v.

**U.S. DEPARTMENT OF THE INTERIOR;**
**DAVID BERNHARDT, Secretary of the Interior;**
**U.S. BUREAU OF LAND MANAGEMENT;**
**WILLIAM PENDLEY, Deputy Director for Policy and Programs, exercising the authority of the Director of the BLM;**
**JAMIE CONNELL, Colorado BLM State Director; and**
**LARRY SANDOVAL, JR., Field Manager of the BLM's Colorado River Valley Field Office,**

    Defendants.

## ORDER DIRECTING REASSIGNMENT

**Krieger, J.**

This matter is before the Court pursuant to the Defendants' Motion to Dismiss (**# 10**), filed May 12, 2020. Through this case, the Plaintiff seeks to challenge the BLM's decision to allow or authorize a non-party to continue the mining, removal, transport, and sale of common variety minerals from a location on federal public lands.

Under the local rules of the court, an AP judge manages an Administrative Appeal or Action for Review of Final Agency Orders, Decisions, or Rulemaking through briefing. D.C.COLO.LCivR 40.1(d); D.C.COLO.LAPR 10.2. Typically, once briefing is complete, the AP case is returned to the clerk of the court to be drawn to a judge under D.C.COLO.LCiv.R 40.1. The judge so drawn resolves the case on its merits.

After carefully reviewing the pending motion, the Court finds the issues could be sufficiently intertwined with the merits of the underlying controversy to suggest that the AP judge should refrain from resolving those issues to avoid binding the merits judge to a ruling which he or she may view differently.  Thus, the Court orders that this case be randomly drawn to a merits judge.

THEREFORE, IT IS ORDERED that the clerk of the court shall assign this case to a judge for resolution on the merits under the random assignment procedure of D.C.COLO.LCivR 40.1.

Dated this 15th day of May, 2020.

BY THE COURT:

_____

Marcia S. Krieger
Senior United States District Judge